DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Loredo v. CSX Transp., Inc.<br><br>Case Below:<br>169 N.C. App. 508 | No. 297A05 | 1. Plts' NOA (Dissent) (COA04-111)<br><br>2. Plts' PDR as to Additional Issues | 1. ——<br><br>2. Denied 10/06/05<br><br>**Martin, J. Recused** |
| Mathewson v. Carter<br><br>Case Below:<br>171 N.C. App. 365 | No. 424P05 | Def's (Stephen Carter) PDR Under N.C.G.S. § 7A-31 (COA04-1399) | Denied 11/03/05 |
| Mayo v. Mayo<br><br>Case Below:<br>172 N.C. App. 844 | No. 529P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1334) | Denied 11/03/05 |
| McGladrey & Pullen, LLP v. N.C. State Bd. of Certified Pub. Accountant Exam'rs<br><br>Case Below:<br>171 N.C. App. 610 | No. 469A05 | 1. Plt-Appellant's NOA (Dissent) (COA04-911)<br><br>2. Plt-Appellant's NOA (Constitutional Question)<br><br>3. Plt-Appellant's PDR as to Additional Issues | 1. ——<br><br>2. Dismissed Ex mero motu 10/06/05<br><br>3. Denied 10/06/05 |
| Misenheimer v. Burris<br><br>Case Below:<br>169 N.C. App. 539 | No. 245A05 | Def's (James Clayton Burris) PWC to Review Decision of COA (COA04-445) | Allowed 10/06/05 |
| Mitchum v. Gaskill<br><br>Case Below:<br>172 N.C. App. 171 | No. 481P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-977) | Denied 10/06/05 |
| Munn v. N.C. State Univ.<br><br>Case Below:<br>173 N.C. App. 144 | No. 567A05 | 1. Defendant's NOA (Dissent) (COA04-894)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br>2. Allowed 11/03/05 |
| MW Clearing & Grading, Inc. v. N.C. Dep't of Env't & Natural Res.<br><br>Case Below:<br>171 N.C. App. 170 | No. 432A05 | 1. Petitioner's NOA (Dissent) (COA04-852)<br><br>2. Petitioner's PDR as to Additional Issues | 1. ——<br><br>2. Denied 11/03/05 |